CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 04 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 7:07CR00082 |
| | ) | (CASE NO. 7:16CV81120) |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| | ) | |
| MARQUES ALLEN BAKAITIS, | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, For the stated reasons, it is

**ADJUDGED AND ORDERED**

that the conditionally filed § 2255 action (ECF No. 34) is DISMISSED WITHOUT PREJUDICE and stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

ENTER: This 4th day of August, 2016.

/s/ Glen Conrad
Chief United States District Judge